UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA PEREZ DOWLING,

Plaintiff,

-against-

HONORABLE JUDGE LINCOLN GOODWIN,

Defendant.

26-CV-8511 (LTS)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On July 3, 2026, Plaintiff Angela Perez Dowling, also known as Angela Perez, was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Perez v. U.S. Treas. Insp. Gen.*, No. 26-CV-4161 (LLS) (S.D.N.Y. July 3, 2026). Plaintiff files this new *pro se* case, and although she did not file an IFP application, the Court assumes that she intends to proceed IFP because she did not pay the filing fees. Plaintiff has not, however, sought the Court's leave to commence this action. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the July 3, 2026 order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 30, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge